# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUPE GUERRA, an Individual; C.T., a minor, by and through her GUARDIAN AD LITEM, LUPE GUERRA; M.T., a minor, by and through his GUARDIAN AD LITEM LUPE GUERRA; J.T., a minor, by and through his GUARDIAN AD LITEM LUPE GUERRA,<br><br>    Plaintiffs,<br><br>  v.<br><br>MADERA MANAGEMENT COMPANY, INC., a California Corporation; R& P PROPERTIES, INC., A California Corporation; and DOES 1 -10, Inclusive,<br><br>    Defendants.<br>_____ | No. 1:11cv01488-AWI-BAM<br><br>**ORDER RE: STIPULATION TO FILE FIRST AMENDED COMPLAINT**<br>_____ |

     Plaintiffs LUPE GUERRA, an Individual; C.T., a minor, by and through her GUARDIAN AD LITEM, LUPE GUERRA; M.T., a minor, by and through his GUARDIAN AD LITEM LUPE

ORDER      1

GUERRA; J.T., a minor, by and through his GUARDIAN AD LITEM LUPE GUERRA (Plaintiffs) and defendant MADERA MANAGEMENT COMPANY, INC., a California Corporation (Defendants), have stipulated that Plaintiffs shall be permitted to file a First Amended Complaint, a copy which is attached as Exhibit No. 1 to the Stipulation to File First Amended Complaint filed herein.

Good cause appearing therefor:

It is hereby ORDERED that Plaintiffs may file a first amended complaint. Plaintiffs are instructed to file their First Amended Complaint within five (5) days of service of this Order.

IT IS SO ORDERED.

Dated:   **November 9, 2011**          /s/ **Barbara A. McAuliffe**
                                      UNITED STATES MAGISTRATE JUDGE