CRAIG P. FAGAN, State Bar No. 149556
**LAW OFFICES OF CRAIG P. FAGAN**
6320 Raydel Court
San Diego, CA 92120
Telephone: (619) 528-9600
Facsimile: (619) 528-9675
email: cpfagan@faganlegal.com

Attorneys for all Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUPE GUERRA, an Individual; C.T., a minor, by and through her GUARDIAN AD LITEM, LUPE GUERRA; M.T., a minor, by and through his GUARDIAN AD LITEM LUPE GUERRA; J.T., a minor, by and through his GUARDIAN AD LITEM LUPE GUERRA, <br><br> Plaintiffs, <br><br> v. <br><br> MADERA MANAGEMENT COMPANY, INC., a California Corporation; ANNAMARIE BROWN AS TRUSTEE OF THE RAMONA BRON SURVIVOR'S TRUST created by Trust Agreement dated September 30, 1981;  and DOES 1 -10, Inclusive, <br><br> Defendants. <br> _____ | No. 1:11cv01488-AWI-BAM <br><br><br> **STIPULATED ORDER GRANTING APPEARANCE BY TELEPHONE** <br><br> _____ |

On the basis of good cause, Counsel for Plaintiffs Lupe Guerra, C.T, M.T., and J.T., Craig P. Fagan, may attend the December 7, 2011, scheduling conference by  telephone.

ORDER

1

IT IS SO ORDERED.

Dated:   November 21, 2011            /s/ Barbara A. McAuliffe
                                   UNITED STATES MAGISTRATE JUDGE