CRAIG P. FAGAN, State Bar No. 149556
**LAW OFFICES OF CRAIG P. FAGAN**
6320 Raydel Court
San Diego, CA 92120
Telephone: (619) 528-9600
Facsimile: (619) 528-9675
email: cpfagan@faganlegal.com

Attorneys for all Plaintiffs

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUPE GUERRA, an Individual; C.T., a minor, by and through her GUARDIAN AD LITEM, LUPE GUERRA; M.T., a minor, by and through his GUARDIAN AD LITEM LUPE GUERRA; J.T., a minor, by and through his GUARDIAN AD LITEM LUPE GUERRA, <br><br> Plaintiffs, <br><br> v. <br><br> MADERA MANAGEMENT COMPANY, INC., a California Corporation; ANNAMARIE BROWN AS TRUSTEE OF THE RAMONA BRON SURVIVOR'S TRUST created by Trust Agreement dated September 30, 1981; and DOES 1-10, Inclusive, <br><br> Defendants. <br> _____ | No. 1:11cv01488-AWI-BAM <br><br> **STIPULATED ORDER GRANTING APPEARANCE BY TELEPHONE** <br> _____ |

On the basis of good cause, Counsel for Plaintiffs Lupe Guerra, C.T, M.T., and J.T., Craig P. Fagan, may attend the December 7, 2011, scheduling conference by telephone.

IT IS SO ORDERED.

Dated: November 21, 2011          /s/ Barbara A. McAuliffe
                                  UNITED STATES MAGISTRATE JUDGE