UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUPE GUERRA, an Individual; C.T., a minor, by and through her GUARDIAN AD LITEM, LUPE GUERRA; M.T., a minor, by and through his GUARDIAN AD LITEM LUPE GUERRA; J.T., a minor, by and through his GUARDIAN AD LITEM LUPE GUERRA,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>MADERA MANAGEMENT COMPANY, INC., a California Corporation; ANNAMARIE BROWN AS TRUSTEE OF THE RAMONA BRON SURVIVOR'S TRUST created by Trust Agreement dated September 30, 1981; and DOES 1-10, Inclusive,<br><br>　　　　Defendants.<br>_____ | No. 1:11-cv-01488-LJO-BAM<br><br>**ORDER GRANTING PARTIES' STIPULATION TO FILE SECOND AMENDED COMPLAINT** |

　　　Based on the Stipulation of the Parties (Doc. 36), the Court GRANTS Plaintiff's request to file a Second Amended Complaint. Plaintiff is ORDERED to file a Second Amended Complaint within five days of service of this Order.

　　　IT IS SO ORDERED.

　　　Dated:　**May 1, 2012**　　　　　　　　　/s/ **Barbara A. McAuliffe**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE