BENNETT, SAMUELSEN,
REYNOLDS & ALLARD
A PROFESSIONAL CORP.
!301 MARINA VILLAGE
PARKWAY, SUITE 300
ALAMEDA, CA 94501-1084
(510) 444-7688

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUPE GUERRA, an Individual; C.T., a minor, by and through her GUARDIAN AD LITEM, LUPE GUERRA; M.T. a minor, by and through his GUARDIAN AD LITEM LUPE GUERRA; J.T., a minor, by and through his GUARDIAN AD LITEM LUPE GUERRA,<br><br>Plaintiffs,<br><br>vs.<br><br>MADERA MANAGEMENT COMPANY, INC., a California Corporation; ANNAMARIE BROWN AS TRUSTEE OF THE RAMONA BRON SURVIVOR'S TRUST created by Trust Agreement dated September 30, 1981 PETER BRON, individually, and as TRUSTEE OF THE BRON FAMILY TRUST OF 1981 UNDER DECLARATION OF TRUST DATED SEPTEMBER 30, 1981; RAMONA BRON, individually, and as TRUSTEE OF TRUSTEE OF THE BRON FAMILY TRUST OF 1981 UNDER DECLARATION OF TRUST DATED SEPTEMBER 30, 1981;  R&P PROPERTIES, a business form who entity in unknown; a business form unknown, and DOES 1 - 10, Inclusive,<br><br>Defendants.<br>_____/ | NO.  1:11-cv-01488-LJO-BAM<br><br>**ORDER ALLOWING DEFENDANTS' REPLY TO PLAINTIFFS' PETITION TO CONFIRM MINORS' COMPROMISES FOLLOWING SETTLEMENT TO BE FILED UNDER SEAL**<br><br>_____ |

On or around August 6, 2012, Plaintiffs filed and served a Request to Seal Documents Pursuant to Local Rule 141 Re: Petitions to Approve Compromise of Claims of Minors.  The basis for Plaintiffs' Request was that, "The settlement agreement signed by the parties, included a confidentiality provision, which expressly prohibited Plaintiffs from disclosing the terms of the settlement agreement [Decl. Craig P. Fagan ¶2]. The

- 1 -

ORDER ALLOWING DEFENDANTS' REPLY TO PLAINTIFFS' PETITION TO CONFIRM MINORS'
COMPROMISES FOLLOWING SETTLEMENT TO BE FILED UNDER SEAL

1  confidentiality provision additionally states that any disclosure of the terms of the settlement
2  would result in a material breach of the settlement agreement, and would subject the
3  Plaintiffs to forfeiting their entire recovery, as well as being required to reimburse
4  Defendants all attorney's fees and costs required to enforced the confidentiality provision
5  within the settlement agreement [Decl. Craig P. Fagan ¶2]."

6   Pursuant to the Court's Order granting Plaintiffs' Request, Plaintiffs' subsequently
7  filed their *Petition to Confirm Minors' Compromises Following Settlement* under seal.

8   FOR GOOD CAUSE SHOWN, IT IS SO ORDERED THAT Defendants MADERA
9  MANAGEMENT COMPANY, INC., a California Corporation, and ANNAMARIE BROWN
10 AS TRUSTEE OF THE RAMONA BRON SURVIVOR'S TRUST created by Trust
11 Agreement dated September 30, 1981, may file their *Reply to Plaintiffs' Petition to Confirm*
12 *Minors' Compromises Following Settlement* under seal, based upon the same grounds on
13 which this Court granted Plaintiffs' Request to Seal Documents.

14   IT IS SO ORDERED.

15  **Dated:   August 28, 2012**          /s/ **Barbara A. McAuliffe**
                                          UNITED STATES MAGISTRATE JUDGE

BENNETT, SAMUELSEN,
REYNOLDS & ALLARD
A PROFESSIONAL CORP.
!301 MARINA VILLAGE
PARKWAY, SUITE 300
ALAMEDA, CA 94501-1084
(510) 444-7688

ORDER ALLOWING DEFENDANTS' REPLY TO PLAINTIFFS' PETITION TO CONFIRM MINORS'
COMPROMISES FOLLOWING SETTLEMENT TO BE FILED UNDER SEAL