UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUPE GUERRA, an Individual; C.T., a minor, by and through her GUARDIAN AD LITEM, LUPE GUERRA; M.T., a minor, by and through his GUARDIAN AD LITEM LUPE GUERRA; J.T., a minor, by and through his GUARDIAN AD LITEM LUPE GUERRA,<br><br>    Plaintiffs,<br><br>  v.<br><br>MADERA MANAGEMENT COMPANY, INC., a California Corporation; ANNAMARIE BROWN AS TRUSTEE OF THE RAMONA BRON SURVIVOR'S TRUST created by Trust Agreement dated September 30, 1981; and DOES 1-10, Inclusive,<br><br>    Defendants.<br>_____ | No. 1:11-cv-01488-LJO-BAM<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS GRANTING THE PETITION TO APPROVE THE COMPROMISES OF MINORS' CLAIMS** |

On September 17, 2012, the Magistrate Judge issued Findings and Recommendations that Plaintiff's petition to confirm compromise of minors' claims following settlement be granted. (Doc. 51.) These Findings and Recommendations contained notice that any objections to the Findings and Recommendations were to be filed within fifteen (15) days. To date, no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that the Findings and Recommendations issued on September 17, 2012, are ADOPTED AS FOLLOWS:

1. The Petition to compromise the Claims of Minors M.T. and J.T. is approved. The minor plaintiffs shall receive the following by way of settlement:
   a. $2,500 to M.T.
   b. $2,500 to J.T.
2. Within 72 hours of receipt of a check payable to the order of the Petitioner as trustee for the respective Claimants, Petitioner must deposit the checks in blocked accounts at a federally insured bank or credit union.
3. Petitioner and Minors' attorney must deliver to each depository at the time of deposit a copy of this order.
4. The blocked accounts belong to minors. As to the minors, they are as follows:
   M.T.'s date of birth is 7-14-97
   J.T.'s date of birth is 4-8-02
5. No withdrawals of principal or interest may be made from the blocked accounts without a written order under this case name and number, signed by a judge, and bearing the seal of this court, until the respective minors attain the age of 18 years. When the respective minor attains the age of 18 years, the depository, without further order of this court, is authorized and directed to pay by check or draft directly to the former minor, upon proper demand, all monies including interest deposited under this order. The money on deposit is not subject to escheat.
6. The Petitioner is authorized and directed to execute any and all documents reasonably

necessary to carry out the terms of the settlement.

7. Bond is waived.

IT IS SO ORDERED.

**Dated:   October 10, 2012**                   **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE