# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUPE GUERRA, et al., | CASE NO. CV F 11-1488 LJO BAM |
| Plaintiffs, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | (Doc. 53.) |
| MADERA MANAGEMENT COMPANY, INC., et al., | |
| Defendants. | |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action and all claims;
2. VACATES all pending dates and matters, including the January 11, 2013 pretrial conference and February 20, 2013 trial; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   October 29, 2012**                /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE

1